# EXHIBIT 1

# EXHIBIT 1



# reviewjournal.com



Powered by ⓒClickability

🖨 Click to Print

SAVE THIS | EMAIL THIS | Close

Sep. 25, 2010
Copyright © Las Vegas Review-Journal

## Vdara visitor: 'Death ray' scorched hair

### Chicago lawyer says bag also melted

By JOAN WHITELY
LAS VEGAS REVIEW-JOURNAL

The tall, sleek, curving Vdara Hotel at CityCenter on the Strip is a thing of beauty.

But the south-facing tower is also a collector and bouncer of sun rays, which -- if you're at the hotel's swimming pool at the wrong time of day and season -- can singe your hair and melt your plastic drink cups and shopping bags.

Hotel pool employees call the phenomenon the "Vdara death ray."

A spokesman for MGM Resorts International, which owns Vdara, said he prefers the term "hot spot" or "solar convergence" to describe it. He went on to say that designers are already working with resort staff to come up with solutions.

Designers foresaw the issue, and thought they had solved it by installing a high-tech film on the south-facing glass panes, according to Gordon Absher, the MGM spokesman. The film scatters more than 70 percent of reflected rays. But that's not enough, Absher acknowledged, as some pool guests are still uncomfortable.

Chicago visitor Bill Pintas experienced Vdara's "death ray" recently. A lawyer, he was here on business for Preferred Capital Lending, which he co-owns. He also co-owns a Vdara condo.

Pintas told the Review-Journal that at midday Sept. 16, after a brief dip in the hotel pool, he was sunning on a recliner. He was on his stomach, relaxed, eyes closed.

But suddenly, the lawyer became so uncomfortably hot that he leaped up to move. He tried to put on his flip-flop sandals but, inexplicably, they were too hot to touch. So he ran barefoot to the shade.

"I was effectively being cooked," Pintas said. "I started running as fast as I could without looking like a lunatic."

Then he smelled an odor, and realized it was coming from his head, where a bit of hair had been scorched. It was about 12:20 p.m., as best Pintas can recall.

Taking brief refuge at the pool's bar area, Pintas chatted with employees. He said they chuckled when he described what had happened. "Yes, we call it the death ray," he says they told him. Sometimes it causes disposable drink glasses to melt, a cocktail waitress added.

After the intense reflection had passed, Pintas returned to his lounge chair. He remembered that a patron nearby laughed, and said something like, It got you, too?

Then he noticed something more -- a flimsy plastic bag holding his newspaper had partially melted. The portion of bag bearing the name Vdara had entirely melted away. Holes marked where the letters, in black ink, had absorbed the heat. Pintas snapped a photo of the bag, which he shared with the newspaper.

After Pintas' experience, a Review-Journal reporter went to the Vdara pool twice. Employees did not know they were talking to a reporter.

The "hot spot" was visible during one of the visits, but no guests were in its reach. An employee pointed out the zone and said it was "like a magnifying glass that shines down" over a space about 10 feet by 15 feet, which moves as the Earth rotates. At this time of year, the bright reflection is present for about an hour and a half, both before noon and after, according to the young man.

The Review-Journal's other visit was well past noon, so the phenomenon was gone. But several employees recognized the "Vdara death ray" nickname, and readily spoke about the effect.

"It's basically a glare," said one.

"It's like 20 degrees hotter" wherever the reflection is hitting, another one said.

Pintas disagrees strongly with the "glare" terminology. Does glare "painfully heat your hair (and scalp)?" he asked in an e-mail after he returned to Chicago. "Glare sounds like what a politician or insurance attorney would call it. ...

"This is a real risk to pool guests and pool employees," Pintas concludes. Plastic shopping bags are often made of polyethylene, which melts at between 120 and 130 degrees. Many disposable plastic cups are made of polypropylene, which melts at about 160 degrees.

Pintas' theory is that Vdara's curved southern wall acts as a parabola to collect and intensify the afternoon rays, which it then reflects.

Viewed from above, the Vdara tower resembles a crescent. The crescent's southern-facing side is concave. There is no tall building farther south to block the sun's hot afternoon rays, so Vdara receives the full brunt. Its pool lies at the center of this southern-facing wall, on top of a low-rise building that is three stories tall.

A concave reflective surface can act "as a lens," according to Kerry Haglund at the Center for Sustainable Building Research, which is at the University of Minnesota. But she declined to speculate on whether the Vdara's wall is acting as one. Sophisticated computer modeling can determine whether its "facade configuration" and "reflective surface" interact in a way that creates a hazard for pool users, Haglund said via e-mail.

The Vdara -- and five other CityCenter buildings -- are LEED-certified, a prestigious designation that means the buildings are designed, built and operated to conserve resources and to reduce impacts on the environment. Rafael Vinoly Architects designed Vdara.

Pintas said he doesn't intend to sue Vdara over the reflection issue. But as a condo owner, he worries about the health consequences and expects the hotel to fix the problem.

A new building's first season of operation always uncovers glitches, Absher also said. Vdara solutions under review include adding more foliage to the pool deck, offering larger sun umbrellas and building a shade structure. But the challenge of constructing shade is that the sun, and the reflection, are moving targets.

CityCenter's Vdara isn't the first high-profile structure to reflect brightly. In Las Vegas, both the AdventureDome at Circus Circus and the Mandalay Bay have reflection issues, Absher noted. In early spring, he added, some pool guests at Mandalay Bay even seek out the hot spots, because

they are more comfortable for sunning.

In Los Angeles, the Disney Concert Hall -- by noted architect Frank Gehry -- had to tone down its reflectivity by sanding some of its curving exterior metal surfaces.

Initially, its reflections were raising temperatures in nearby buildings and impairing the vision of passers-by. In 2004, the Los Angeles Times ran a story about the hall, below the headline, "Disney venue reflects badly on downtown."

Reporter Alan Maimon contributed to this article. Contact reporter Joan Whitely at jwhitely@reviewjournal.com or 702-383-0268. Contact Alan Maimon at amaimon@reviewjournal.com or 702-383-0404.

**Find this article at:**
http://www.lvrj.com/news/vdara-visitor---death-ray--scorched-hair-103777559.html

🖨 Click to Print

☐ Check the box to include the list of links referenced in the article.

SAVE THIS | EMAIL THIS | Close

Copyright © Las Vegas Review-Journal, 1997 - 2008

Go Green! Subscribe to the electronic Edition at www.reviewjournal.com/ee/

# EXHIBIT 2

# EXHIBIT 2

Home > Facepunch > General Discussion > In The News

User Name [            ] [ Log in ]

**Hotel Death Ray Almost cooks**

⭐ Register   📋 Ticker   📋 Event Log   🔍 Search   ⌄ More

YOUR AD HERE

## Subscribe                                                      [ Search ]

🌐 2 Days Ago                                                      👓 Post #1

**Wii60**
Gold Member



April 2007
5,235 Posts



http://www.lvrj.com/news/vdara-visit...103777559.html

The tall, sleek, curving Vdara Hotel at CityCenter on the Strip is a thing of beauty.

But the south-facing tower is also a collector and bouncer of sun rays, which -- if you're at the hotel's swimming pool at the wrong time of day and season -- can singe your hair and melt your plastic drink cups and shopping bags.

Hotel pool employees call the phenomenon the "Vdara death ray."

A spokesman for MGM Resorts International, which owns Vdara, said he prefers the term "hot spot" or "solar convergence" to describe it. He went on to say that designers are already working with resort staff to come up with solutions.

Designers foresaw the issue, and thought they had solved it by installing a high-tech film on the south-facing glass panes, according to Gordon Absher, the MGM spokesman. The film scatters more than 70 percent of reflected rays. But that's not enough, Absher acknowledged, as some pool guests are still uncomfortable.

Chicago visitor Bill Pintas experienced Vdara's "death ray" recently. A lawyer, he was here on business for Preferred Capital Lending, which he co-owns. He also co-owns a Vdara condo.

Pintas told the Review-Journal that at midday Sept. 16, after a brief dip in the hotel pool, he was sunning on a recliner. He was on his stomach, relaxed, eyes closed.

But suddenly, the lawyer became so uncomfortably hot that he leaped up to move. He tried to put on his flip-flop sandals but, inexplicably, they were too hot to touch. So he ran barefoot to the shade.

"I was effectively being cooked," Pintas said. "I started running as fast as I could without looking like a lunatic."

Then he smelled an odor, and realized it was coming from his head, where a bit of hair had been scorched. It was about 12:20 p.m., as best Pintas can recall.

Taking brief refuge at the pool's bar area, Pintas chatted with employees. He said they chuckled when he described what had happened. "Yes, we call it the death ray," he says they told him. Sometimes it causes disposable drink glasses to melt, a cocktail waitress added.

After the intense reflection had passed, Pintas returned to his lounge chair. He remembered that a patron nearby laughed, and said something like, It got you, too?

Then he noticed something more -- a flimsy plastic bag holding his newspaper had partially melted. The portion of bag bearing the name Vdara had entirely melted away. Holes marked where the letters, in black ink, had absorbed the heat. Pintas snapped a photo of the bag, which he shared with the newspaper.

After Pintas' experience, a Review-Journal reporter went to the Vdara pool twice. Employees did not know they

were talking to a reporter.

The "hot spot" was visible during one of the visits, but no guests were in its reach. An employee pointed out the zone and said it was "like a magnifying glass that shines down" over a space about 10 feet by 15 feet, which moves as the Earth rotates. At this time of year, the bright reflection is present for about an hour and a half, both before noon and after, according to the young man.

The Review-Journal's other visit was well past noon, so the phenomenon was gone. But several employees recognized the "Vdara death ray" nickname, and readily spoke about the effect.

"It's basically a glare," said one.

"It's like 20 degrees hotter" wherever the reflection is hitting, another one said.

Pintas disagrees strongly with the "glare" terminology. Does glare "painfully heat your hair (and scalp)?" he asked in an e-mail after he returned to Chicago. "Glare sounds like what a politician or insurance attorney would call it. ...

"This is a real risk to pool guests and pool employees," Pintas concludes. Plastic shopping bags are often made of polyethylene, which melts at between 120 and 130 degrees. Many disposable plastic cups are made of polypropylene, which melts at about 160 degrees.

Pintas' theory is that Vdara's curved southern wall acts as a parabola to collect and intensify the afternoon rays, which it then reflects.

Viewed from above, the Vdara tower resembles a crescent. The crescent's southern-facing side is concave. There is no tall building farther south to block the sun's hot afternoon rays, so Vdara receives the full brunt. Its pool lies at the center of this southern-facing wall, on top of a low-rise building that is three stories tall.

A concave reflective surface can act "as a lens," according to Kerry Haglund at the Center for Sustainable Building Research, which is at the University of Minnesota. But she declined to speculate on whether the Vdara's wall is acting as one. Sophisticated computer modeling can determine whether its "facade configuration" and "reflective surface" interact in a way that creates a hazard for pool users, Haglund said via e-mail.

The Vdara -- and five other CityCenter buildings -- are LEED-certified, a prestigious designation that means the buildings are designed, built and operated to conserve resources and to reduce impacts on the environment. Rafael Vinoly Architects designed Vdara.

Pintas said he doesn't intend to sue Vdara over the reflection issue. But as a condo owner, he worries about the health consequences and expects the hotel to fix the problem.

A new building's first season of operation always uncovers glitches, Absher also said. Vdara solutions under review include adding more foliage to the pool deck, offering larger sun umbrellas and building a shade structure. But the challenge of constructing shade is that the sun, and the reflection, are moving targets.

CityCenter's Vdara isn't the first high-profile structure to reflect brightly. In Las Vegas, both the AdventureDome at Circus Circus and the Mandalay Bay have reflection issues, Absher noted. In early spring, he added, some pool guests at Mandalay Bay even seek out the hot spots, because they are more comfortable for sunning.

In Los Angeles, the Disney Concert Hall -- by noted architect Frank Gehry -- had to tone down its reflectivity by sanding some of its curving exterior metal surfaces.

Initially, its reflections were raising temperatures in nearby buildings and impairing the vision of passers-by. In 2004, the Los Angeles Times ran a story about the hall, below the headline, "Disney venue reflects badly on downtown."



Funny x 31   Late x 5

2 Days Ago                                                                    Post #2

**Devodiere**

Archimedes would be proud.

November 2009
2,178 Posts

Agree x 43   Funny x 4   **Reply**

2 Days Ago                                                                    Post #3

**HendoV2**



June 2010
58 Posts

awesome

Reply

Post #4

**Dr Kevorkian**



January 2007
658 Posts

I like to imagine what it would be like without the light scattering film....
I would have jumped right into the pool if I had started to burn, seems like an obvious thing to do.

Agree x 6

Reply

2 Days Ago

Post #5

**sphinxa279**



July 2007
1,961 Posts

*So, do you expect me to talk?*

Reply

2 Days Ago

Post #6



**Wunce**

May 2010
51 Posts

This reminds me of that episode of mythbusters when they were trying to test Archimedes' death ray.

Reply

2 Days Ago                                                                                    Post #7

**Dr Kevorkian**

January 2007
658 Posts

sphinxa279 posted:

*So, do you expect me to talk?*

Damnit, why didn't I think of that, damn my brain!

Reply

2 Days Ago                                                                                    Post #8

**Lord Hayden II**

April 2009
374 Posts

move the building.

simple.

Funny x **23**                                                                              Reply





**FunnyBunny**
Gold Member

December 2006
4,470 Posts

Is it working?

Funny x **12**   Agree x **4**

Reply

2 Days Ago                                                                    Post #13

**ThePutty**
Gold Member

September 2006
3,283 Posts

> sphinxa279 posted:
>
> Argh, your avatar, please tell me you have that just to piss people off?

fuckin deal with it bro

Reply

2 Days Ago                                                                    Post #14

**oogaboogaman**
Gold Member

January 2005
3,358 Posts

Haha that's awesome.

Reply

2 Days Ago                                                                    Post #15

**imadaman**
Gold Member

it is awesome

August 2008
4,885 Posts

Reply

2 Days Ago                                                                 Post #16

**Phoenix Ashes**

Fail building.

**BAN**

July 2010
928 Posts

Reply

2 Days Ago                                                                 Post #17

**Antdawg**

First thought:



And notice the similarity between "Vdara" and "Vader". Coincidence? I THINK NOT.

I think we have a conspiracy on our hands, boys.

July 2010
93 Posts

Reply

2 Days Ago                                                                 Post #18

**Conspiracy**



May 2007
398 Posts



"Hmm, we've probably got to fix that first."

Reply

2 Days Ago                                                                 Post #19

**Omali**
Gold Member

> **FunnyBunny posted:**
>
> Is it working?

I read all your posts in Justin Bieber's voice.

September 2005
2,406 Posts

Reply

2 Days Ago                                                                 Post #20

**SinjinOmega**



January 2010
217 Posts



> Pintas said he doesn't intend to sue Vdara over the reflection issue. But as a condo owner, he worries about the health consequences and expects the hotel to fix the problem.

It's a good thing he isn't suing them due to something they are trying to fix 🙄

Reply

2 Days Ago                                                                 Post #21

**Bran**



November 2008
1,002 Posts



> Then he noticed something more -- a flimsy plastic bag holding his newspaper had partially melted. The portion of bag bearing the name Vdara had entirely melted away. Holes marked where the letters, in black ink, had absorbed the heat. Pintas snapped a photo of the bag, which he shared with the newspaper.



Wow, that's pretty cool.

Reply

2 Days Ago                                                                 Post #22



**revrend_slapaho**

September 2009
1,437 Posts

it'd be cool if the sunlight would have somehow heat the pool so much that its got to a point that it burned people

just a thought

Reply

1 Day Ago                                                                Post #23

**CjienX**

I got Benji to
smoke tea
and all I got
was this
avatar that i made

April 2010
2,320 Posts

I'm amazed that he doesn't plan on suing

Reply

1 Day Ago                                                                Post #24

**Lord of Ears**
Gold Member

January 2007
3,274 Posts

oh man i was gonna go there when i went to vegas
it'd be cool to have cooked some hotdogs or some shit on the glare
but nope i had to go to mgm grand

Reply

1 Day Ago                                                                Post #25



**Jin**

January 2006
116 Posts

They should build a shade area where the hot spot is and place solar panels on top of it.

Reply

1 Day Ago                                                                 Post #26

**Tetracycline**

June 2010
3,013 Posts

> sphinxa279 posted:
>
> Argh, your avatar, please tell me you have that just to piss people off?

if it pisses people off then they really need to ~grow up~

Reply

1 Day Ago                                                                 Post #27

**Lord Xamot**

August 2009
173 Posts

"This *innocent looking building* has over 100 functions. One of them, is a death ray."

Kudos to those who know the origin of my modified quote.

Reply





**Daniellynet**
Gold Member

September 2008
3,402 Posts

Wow, this is awesome.

Reply

## Reply

All times are GMT. The time now is 06:19PM.

**Facepunch Studios** 2010 - Server 'MARGE'

10/1/2010 11:19 AM

# EXHIBIT 3

# EXHIBIT 3

# *-APPLICATION-*

## Title
**Title of Work:** Vdara visitor says 'death ray' scorched hair. Chicago lawyer says bag also melted.

## Completion/Publication
**Year of Completion:** 2010

**Date of 1st Publication:** September 25, 2010   **Nation of 1st Publication:** United States

## Author
■ **Author:** Stephens Media LLC

**Author Created:** text

**Work made for hire:** Yes

**Citizen of:** United States   **Domiciled in:** United States

## Copyright claimant
**Copyright Claimant:** Righthaven LLC

9960 West Cheyenne Avenue, Suite 210, Las Vegas, NV, 89129-7701, United States

**Transfer Statement:** By written agreement

## Rights and Permissions
**Organization Name:** Righthaven LLC

**Name:**   Chief Executive Officer

**Email:**   sgibson@righthaven.com   **Telephone:**   702-527-5900

**Address:** 9960 West Cheyenne Avenue

Suite 210

Las Vegas, NV  89129-7701  United States

## Certification

**Name:**  Steven A. Gibson

**Date:**  October 6, 2010

**Applicant's Tracking Number:**  0002121

**Registration #:**

**Service Request #:**   1-498243753

**Application Date:**   10-06-2010 19:46:53

## Correspondent

| | |
|---|---|
| **Organization Name:** | Righthaven LLC |
| **Name:** | Steven A. Gibson |
| **Address:** | 9960 West Cheyenne Avenue |
| | Suite 210 |
| | Las Vegas, NV 89129-7701 United States |

## Mail Certificate

Righthaven LLC
Steven A. Gibson
9960 West Cheyenne Avenue
Suite 210
Las Vegas, NV 89129-7701 United States