SHAWN A. MANGANO, ESQ.
Nevada Bar No. 6730
shawn@manganolaw.com
SHAWN A. MANGANO, LTD.
9960 West Cheyenne Avenue, Suite 170
Las Vegas, Nevada 89129-7701
Tel.: (702) 304-0432
Fax: (702) 922-3851

*Attorneys for Plaintiff Righthaven LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RIGHTHAVEN LLC, a Nevada limited-liability company,<br><br>    Plaintiff,<br><br>v.<br><br>GARRY NEWMAN, an individual; and FACEPUNCH STUDIOS LTD., a limited company formed under the laws of Great Britain,<br><br>    Defendants. | Case No.: 2:10-cv-01762-JCM-PAL<br><br>**PLAINTIFF RIGHTHAVEN LLC'S MOTION FOR RECONSIDERATION OF ORDER GRANTING DEFENDANT GARRY NEWMAN'S MOTION TO DISMISS**<br><br>***ON SHORTENED TIME PURSUANT TO LR 6-1(a)*** |

Righthaven LLC ("Righthaven") hereby moves on shortened time pursuant to LR 6-1(a) for reconsideration of the July 22, 2011 Court's Order (Doc. # 22) granting Defendant Garry Newman's ("Defendant") Motion to Dismiss for Lack of Jurisdiction (Doc. # 19, the "Motion").

**MEMORANDUM OF POINTS AND AUTHORITIES**

Righthaven asks the Court to reconsider its July 22nd Order, which granted Defendant's Motion to Dismiss for Lack of Jurisdiction. (Doc. # 22.) The July 22nd Order was entered by the Court based on its belief that Righthaven had failed file a timely response pursuant to LR 7-2(b)

1

to Defendant's Motion. (*Id.* at 1.)  Righthaven's response to Defendant's Motion was due on July 15, 2011. (Doc. # 19.)

After a review of the pleadings on file in the case and after calculating the appropriate time period for doing so, Righthaven elected to file a First Amended Complaint as a matter of right pursuant to Federal Rule of Civil Procedure 15(a)(1). (Doc. # 21.)  Righthaven's First Amended Complaint was filed on July 15th, although it could have done so as a matter of right some days later. (*Id.*)   When filing the Amended Complaint, however, the Court's CM/ECF system did not permit submission to be linked to any other document on file in the case except for the original Complaint. (Doc. # 1.)  Apparently the CM/ECF system did not provide a there means to link the First Amended Complaint to Defendant's Motion, which would have advised the Court of the manner in that Righthaven responded.  Accordingly, Righthaven respectfully requests the Court reconsider its July 22nd Order.

Reconsideration of a court order requires: (1) a valid reason for revisiting the prior order; and (2) facts or law of a strongly convincing nature so as to warrant reversal of the prior decision.  *Frasure v. United States,* 256 F. Supp. 2d 1180, 1183 (D. Nev. 2003).

Here, the Court granted Defendant's Motion under the assumption that a timely response had not been filed pursuant to LR 7-2(b).  This was not the case.  In fact, Righthaven file a timely response to the Motion by submitting its First Amended Complaint on July 15, 2011 (Doc. # 21), which was the calendared response date for the Motion.  Righthaven's First Amended Complaint was filed as a matter of right pursuant to Federal Rule of Civil Procedure 15(a).  As such, no action was required by the Court to approve this filing.  Substantively, the First Amended Complaint amplifies certain allegations relevant to Righthaven's ownership of the copyrighted work at issue in this case.  Moreover, the First Amended Complaint also amplifies personal jurisdiction allegations asserted against Defendant.  Accordingly, the First Amended Complaint clearly addresses the subject matter of Defendant's Motion, thereby

rendering it moot or otherwise requiring it to be amended and refiled in response to the newly filed Complaint.

In conclusion, Righthaven asks for reconsideration based on the foregoing facts and circumstances. A response to Defendant's Motion was filed timely in compliance with LR 7-2(b) through the submission of the First Amended Complaint. As a result, Righthaven believes reconsideration is warranted.

Dated this 22nd day of July, 2011.

SHAWN A. MANGANO, LTD.

By: /s/ Shawn A. Mangano, Esq.
SHAWN A. MANGANO, ESQ.
Nevada Bar No. 6730
shawn@manganolaw.com
9960 West Cheyenne Avenue, Suite 170
Las Vegas, Nevada 89129-7701
Tel.: (702) 304-0432
Fax: (702) 922-3851

*Attorney for Plaintiff Righthaven LLC*

3

**CERTIFICATE OF SERVICE**

Pursuant to Federal Rule of Civil Procedure 5(b), I hereby certify that on this 22nd day of July, 2011, I caused **PLAINTIFF RIGHTHAVEN LLC'S MOTION FOR RECONSIDERATION OF ORDER GRANTING DEFENDANT GARRY NEWMAN'S MOTION TO DISMISS *ON SHORTENED TIME PURSUANT TO LR 6-1(a)*** to be served by the Court's CM/ECF system.

By:  /s/ Shawn A. Mangano
Shawn A. Mangano, Esq.
SHAWN A. MANGANO, LTD.