SHAWN A. MANGANO, ESQ.
Nevada Bar No. 6730
shawn@manganolaw.com
SHAWN A. MANGANO, LTD.
9960 West Cheyenne Avenue, Suite 170
Las Vegas, Nevada 89129-7701
Tel.: (702) 304-0432
Fax:  (702) 922-3851

*Attorneys for Plaintiff Righthaven LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RIGHTHAVEN LLC, a Nevada limited-liability company,<br><br>              Plaintiff,<br><br>v.<br><br>GARRY NEWMAN, an individual; and FACEPUNCH STUDIOS LTD., a limited company formed under the laws of Great Britain,<br><br>              Defendants. | Case No.: 2:10-cv-01762-JCM-PAL<br><br>**PLAINTIFF RIGHTHAVEN LLC'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT GARRY NEWMAN'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT FOR LACK OF SUBJECT MATTER JURISDICTION AND LACK OF PERSONAL JURISDICTION**<br><br>**(FIRST REQUEST)** |

Righthaven LLC ("Righthaven") hereby moves the Court for an extension of time to respond to Defendant Garry Newman's ("Defendant") Motion to Dismiss the First Amended Complaint for Lack of Subject Matter Jurisdiction and Lack of Jurisdiction (Doc. # 25, the "Motion").

Righthaven requests an extension of time until Friday, August 19, 2011 to file a response to Defendant's Motion.  This is Righthaven's first requested extension of time related to its response to the Motion.  Righthaven's counsel requests this extension of time because of the

1

1  unexpected hospitalization of a close friend and client yesterday afternoon at Valley Hospital.

2  This individual was admitted to the emergency room for treatment while his wife and two young

3  children were out of town.  Due to the individual's hospitalization, Righthaven's counsel was

4  away from the office until late in the evening and then required to return to the hospital for a

5  large portion of the day today.  These unexpected events have prevented counsel from preparing

6  a response to the Motion.  Moreover, these unexpected events have prevented counsel from

7  attempting to secure a stipulation for the requested extension of time.  Righthaven consents to

8  Defendant being give a three (3) day extension of time to file a reply to the response should this

9  requested continuance be granted.   This requested extension of time is sought in good faith and

10  not for the purposes of delay.

11       Dated this 16th day of August, 2011.

12            SHAWN A. MANGANO, LTD.

13            By: /s/ Shawn A. Mangano, Esq.
          SHAWN A. MANGANO, ESQ.

14            Nevada Bar No. 6730
          shawn@manganolaw.com

15            9960 West Cheyenne Avenue, Suite 170
          Las Vegas, Nevada 89129-7701

16            Tel.: (702) 304-0432
          Fax:  (702) 922-3851

17  

18            *Attorney for Plaintiff Righthaven LLC*

19

20

21            IT IS SO ORDERED:

22

23

24            UNITED STATES DISTRICT JUDGE
          DATED:_____

25

26

27

28

**CERTIFICATE OF SERVICE**

Pursuant to Federal Rule of Civil Procedure 5(b), I hereby certify that on this 16th day of August, 2011, I caused **PLAINTIFF RIGHTHAVEN LLC'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT GARRY NEWMAN'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT FOR LACK OF SUBJECT MATTER JURISDICTION AND LACK OF PERSONAL JURISDICTION** to be served by the Court's CM/ECF system.

By:    /s/ Shawn A. Mangano
       Shawn A. Mangano, Esq.
       SHAWN A. MANGANO, LTD.