SHAWN A. MANGANO, ESQ.
Nevada Bar No. 6730
shawn@manganolaw.com
SHAWN A. MANGANO, LTD.
9960 West Cheyenne Avenue, Suite 170
Las Vegas, Nevada 89129-7701
Tel.: (702) 304-0432
Fax: (702) 922-3851

*Attorneys for Plaintiff Righthaven LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RIGHTHAVEN LLC, a Nevada limited-liability company,<br><br>  Plaintiff,<br><br>v.<br><br>GARRY NEWMAN, an individual; and FACEPUNCH STUDIOS LTD., a limited company formed under the laws of Great Britain,<br><br>  Defendants. | Case No.: 2:10-cv-01762-JCM-PAL<br><br>**PLAINTIFF RIGHTHAVEN LLC'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT GARRY NEWMAN'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT FOR LACK OF SUBJECT MATTER JURISDICTION AND LACK OF PERSONAL JURISDICTION**<br><br>**(SECOND REQUEST)** |

 Righthaven LLC ("Righthaven") hereby moves the Court for a second extension of time to respond to Defendant Garry Newman's ("Defendant") Motion to Dismiss the First Amended Complaint for Lack of Subject Matter Jurisdiction and Lack of Jurisdiction (Doc. # 25, the "Motion").

 Righthaven previously requested an extension of time until Friday, August 19, 2011 to file a response to Defendant's Motion, which was requested by counsel because of the unexpected hospitalization of a close friend and client at Valley Hospital.  (Doc. # 27.)  As noted

in the previous submission, due to the close friend and client's hospitalization, Righthaven's counsel has been required to be away from his office until late in the evening and then required to return to the hospital for a large portion of the following day.  (Doc. # 27 at 2.)  Defendant's counsel did not oppose the request for an extension of time.  (Doc. # 28.)  The Court subsequently granted the request for extension of time. (Doc. # 29.)

Unfortunately, counsel's friend and client remained hospitalized and under emergency room care until late yesterday evening.  Counsel then was asked to help assist with medical and other in-home transitional needs for this individual for the remaining portion of Thursday evening and until late Friday evening.  In view of these events, which were unexpected, counsel has diligently attempted to meet the ECF deadline for Righthaven's response pursuant to the extension of time previously granted, but simply cannot do so.  What actions counsel has been able to perform for Righthaven and for other clients have been done late into the evening given his need to help his friend and client and his family.  Righthaven's counsel anticipates having a response to the Motion on file likely before the Court has a chance to consider this second requested extension of time, but said filing should be made no later than Monday, August 29, 2011.

As with the prior requested extension, the foregoing unexpected events have prevented counsel from preparing a response to the Motion by the time set forth in the extension of time entered by the Court.  Moreover, these unexpected events have prevented counsel from attempting to secure a stipulation for the requested extension of time because counsel has been away from his office and working as best possible on a remote basis.  Righthaven consents to Defendant being given an additional extension of time to file a reply to the response should this

requested continuance be granted.   This requested extension of time is sought in good faith and not for the purposes of delay.

Dated this 19th day of August, 2011.

          SHAWN A. MANGANO, LTD.

          By:  /s/ Shawn A. Mangano, Esq.
          SHAWN A. MANGANO, ESQ.
          Nevada Bar No. 6730
          shawn@manganolaw.com
          9960 West Cheyenne Avenue, Suite 170
          Las Vegas, Nevada 89129-7701
          Tel.: (702) 304-0432
          Fax:  (702) 922-3851

*Attorney for Plaintiff Righthaven LLC*

IT IS SO ORDERED:


UNITED STATES DISTRICT JUDGE
DATED:_____

**CERTIFICATE OF SERVICE**

Pursuant to Federal Rule of Civil Procedure 5(b), I hereby certify that on this 19th day of August, 2011, I caused **PLAINTIFF RIGHTHAVEN LLC'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT GARRY NEWMAN'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT FOR LACK OF SUBJECT MATTER JURISDICTION AND LACK OF PERSONAL JURISDICTION (Second Request)** to be served by the Court's CM/ECF system.

By: /s/ Shawn A. Mangano
Shawn A. Mangano, Esq.
SHAWN A. MANGANO, LTD.