# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RIGHTHAVEN LLC, a Nevada limited-liability company,<br><br>    Plaintiff,<br><br>v.<br><br>GARRY NEWMAN, et al,,<br><br>    Defendants. | 2:10-CV-1762 JCM (PAL) |

### ORDER

Presently before the court is plaintiff Righthaven LLC's second motion to extend time to respond to defendant Gary Newman's motion to dismiss. (Doc. #30). Defendants have not responded.

Good cause being shown, the court grants plaintiff until Monday, August 22, 2011 to file its response to defendant's motion to dismiss.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff's motion to extend time (doc. #30) be, and the same hereby is, GRANTED.

DATED August 22, 2011.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**