SHAWN A. MANGANO, ESQ.
Nevada Bar No. 6730
shawn@manganolaw.com
SHAWN A. MANGANO, LTD.
8367 West Flamingo Road, Suite 100
Las Vegas, Nevada 89147
Tel.: (702) 304-0432
Fax: (702) 922-3851

*Attorney for Plaintiff Righthaven LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RIGHTHAVEN LLC, a Nevada limited-liability company,<br><br>              Plaintiff,<br>v.<br><br>GARRY NEWMAN, an individual; and FACEPUNCH STUDIOS LTD., a limited company formed under the laws of Great Britain,<br><br>              Defendants. | Case No.: 2:10-cv-01762-JCM-PAL<br><br>**PLAINTIFF RIGHTHAVEN LLC'S NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT** |

    NOTICE is hereby given that Plaintiff Righthaven LLC ("Righthaven"), hereby appeals the Clerks Judgment entered in this action on the 7th day of October, 2011 (the "Final Judgment", Doc. # 36) to the United States Court of Appeals for the Ninth Circuit.  The Final Judgment entered in favor of Defendant Garry Newman Defendant ("Defendant") was based on, and Righthaven's appeal in this action includes, the Court's October 7, 2011 (Doc. # 35), the Final Judgment (Doc. # 36), and the associated briefing by the parties and related filings in connection

/ / /

/ / /

/ / /

1

with Defendant's Motion to Dismiss for Lack of Jurisdiction (Doc. ## 19, 21-25, 31, and 33-34), all of which will properly be designated separately as part of the record on appeal by Righthaven.

Dated this 7th day of November, 2011.

                                      SHAWN A. MANGANO, LTD.

By:   /s/ Shawn A. Mangano
       SHAWN A. MANGANO, ESQ.
       Nevada Bar No. 6730
       shawn@manganolaw.com
       8367 West Flamingo Road, Suite 100
       Las Vegas, Nevada 89147

*Attorney for Plaintiff Righthaven LLC*

**CERTIFICATE OF SERVICE**

Pursuant to Federal Rule of Civil Procedure 5(b) and as provided for under the applicable Local Rules of Civil Practice, I certify that on this 7th day of November, 2011, I caused a true and correct copy of **PLAINTIFF RIGHTHAVEN LLC'S NOTICE OF APPEAL TO UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT** to be served on all counsel properly registered and appearing in this action as listed in the Court's ECF system.

          SHAWN A. MANGANO, LTD.

By:   /s/ Shawn A. Mangano
       SHAWN A. MANGANO, ESQ.
       Nevada Bar No. 6730