UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Righthaven LLC, | |
| Plaintiff-Appellant, | District No.   2:10-cv-01762-JCM -PAL |
| vs. | |
| | U.S.C.A. No.   11-17690 |
| Garry Newman, et al., | |
| Defendants-Appellees. | |

ORDER ON MANDATE

The above-entitled cause having been before the United States Court of Appeals for the Ninth Circuit, and the Court of Appeals having on 12/28/2011 , issued its mandate that the appeal(s) is/are DISMISSED. The Court being fully advised in the premises, NOW, THEREFORE, IT IS ORDERED that the mandate be spread upon the records of this Court.

Dated  December 30, 2011.

*/s/ James C. Mahan*
James C. Mahan
United States District Judge